

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JODI STROBACH, | § | No. 08-17-00182-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| WESTEX COMMUNITY CREDIT UNION, | § | of Reeves County, Texas |
| | § | (TC# 14-03-20605-CVR) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is the Appellant's Motion to Correct the Clerk's Record because portions of Volumes 3 and 4 of the Clerk's Record are illegible. The following documents are illegible: (1) Volume 3, pages 680-993, titled "Defendant TransPecos Banks' Traditional and No Evidence Motion for Summary Judgment", filed May 30, 2017; and (2) Volume 4, pages 1079-1099, titled "Plaintiff's Response to Defendants' Motions for Summary Judgment", filed June 16, 2017. The motion is GRANTED. The Court ORDERS the District Clerk of Reeves County, Texas, to file a supplemental clerk's record containing these two documents in legible form pursuant to Rule 34.5(d), Tex.R.App.P. The supplemental clerk's record is due to be filed on or before January 8, 2018, and Appellant's brief will be due thirty days after the supplemental clerk's record is filed.

IT IS SO ORDERED this 19th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.